# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MARIO ANTWAN BREWER JR.

_____/

**SEALED**
**INDICTMENT**

3:21-cr-00053 TKW

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 28, 2020, in the Northern District of Florida, the

defendant,

**MARIO ANTWAN BREWER JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed a firearm and ammunition in

and affecting interstate commerce, that is:

1.   a.   On or about January 6, 2012, **MARIO ANTWAN BREWER**

**JR.,** was convicted in the State of Florida of Possession of

Cocaine and Aggravated Battery Person with a Deadly

Weapon; and

Returned in open court pursuant to Rule 6(f)

8/18/21
Date

_Hope Shai Cannon_
United States Magistrate Judge

b.     On or about May 6, 2014, **MARIO ANTWAN BREWER JR.,**

was convicted in the State of Florida of Felony Battery (LIO)

and Possession of Controlled Substance - Cocaine.

2.     For each of these crimes, **MARIO ANTWAN BREWER JR.** was

subject to punishment by a term of imprisonment exceeding one year.

3.     Thereafter, **MARIO ANTWAN BREWER JR.** did knowingly

possess a firearm, to wit, a Smith and Wesson 9 millimeter pistol, and Speer 9

millimeter ammunition.

4.     This firearm and ammunition had previously been transported in

interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2).

## COUNT TWO

On or about January 28, 2021, in the Northern District of Florida, the

defendant,

**MARIO ANTWAN BREWER JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed a firearm and ammunition in

and affecting interstate commerce, that is:

1.     a.     On or about January 6, 2012, **MARIO ANTWAN BREWER JR.,** was convicted in the State of Florida of Possession of Cocaine and Aggravated Battery Person with a Deadly Weapon; and

      b.     On or about May 6, 2014, **MARIO ANTWAN BREWER JR.,** was convicted in the State of Florida of Felony Battery (LIO) and Possession of Controlled Substance - Cocaine.

2.     For each of these crimes, **MARIO ANTWAN BREWER JR.** was subject to punishment by a term of imprisonment exceeding one year.

3.     Thereafter, **MARIO ANTWAN BREWER JR.** did knowingly possess a firearm, to wit, two Smith and Wesson 9 millimeter pistols, and Federal 9 millimeter ammunition.

4.     These firearms and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference.  Because the defendant,

**MARIO ANTWAN BREWER JR.,**

in committing and attempting to commit a felony in violation of the laws of the

United States, as charged in Counts One and Two of this Indictment, perpetrated in

whole or in part by the use of firearms and ammunition, did knowingly possess the

firearms and ammunition described above, any and all interest that this defendant

has in the firearms and ammunition involved in these violations is vested in the

United States and hereby forfeited to the United States pursuant to Title 18, United

States Code, Section 3665.

A TRUE BILL:

FOREPERSON

<u>1Y AUG 2021</u>
DATE

JASON R. COODY
Acting United States Attorney

JENNIFER H. CALLAHAN
Assistant United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney